1  RICHARD M. ROGERS, Bar No. 45843
   RogersRMR@aol.com
2  LAW OFFICE OF RICHARD M. ROGERS
   100 Bush Street, #1980
3  San Francisco, CA 94104
   Telephone:   415.981.9788
4  Facsimile:    415.981.9798

5  Attorneys for Plaintiff
   ELEANOR REED
6

7  PAULA CHAMPAGNE, Bar No. 76545
   pchampagne@littler.com
8  LITTLER MENDELSON
   A Professional Corporation
9  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
10 Telephone:   415.433.1940
   Facsimile:    415.743.6548
11
   Attorneys for Defendant
12 AVIS BUDGET GROUP, INC.

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                            OAKLAND DIVISION

16 ELEANOR REED,                        Case No. CV-09-1480 CW
17              Plaintiff,              **STIPULATION AND [PROPOSED]
                                        ORDER EXTENDING ADR DEADLINE**
18        v.
19 AVIS BUDGET GROUP, INC. and DOES
20 1 through 10, inclusive,
21              Defendant.

22

23        On June 24, 2009, the parties filed a stipulation and proposed order selecting an ADR
24 process with this Court. The parties selected mediation. At the case management conference on
25 August 4, 2009, the parties explained that the Department of Fair Employment and Housing (DFEH)
26 and Defendant had, in May and June 2009, litigated issues which dealt with Plaintiff's claims of
27 disability discrimination, medical inquiries, reasonable accommodation, the interactive process and
28 the prevention of discrimination. The parties requested that the Court extend the deadline by which

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION/ORDER EXTENDING
ADR DEADLINE

Case No. CV-09-1480-CW

they were to attend a mediation so that the Fair Employment and Housing Commission could first issue its decision. The parties identified as a legal issue the extent to which *res judicata* may bar Plaintiff from introducing certain evidence in this case. This Court agreed and extended the mediation deadline to November 30, 2009.

Sue J. Stott of Perkins Coie was appointed as the mediator, and the parties selected November 16 as their mediation date. However, apparently due to budgetary issues, the Fair Employment and Housing Commission has not yet issued its decision. Because the parties and the mediator agree that it would be beneficial for the parties to first have the Commission's decision prior to engaging in any efforts at mediation, the parties hereby request that this Court extend the deadline for mediation to March 31, 2010. Trial in this matter is not scheduled until January 2011, and the parties do not believe that an extension will unduly delay these proceedings in any way.

Dated: November 11, 2009

_____
RICHARD M. ROGERS
Attorneys for Plaintiff
ELEANOR REED

Dated: November 11, 2009

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AVIS BUDGET GROUP, INC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION/ORDER EXTENDING ADR DEADLINE    2.    Case No. CV-09-1480-CW

# ORDER

For good cause shown and pursuant to the Stipulation of the parties that they wish to extend the deadline for mediation so that they may receive the FEHC's decision prior to any mediation, IT IS HEREBY ORDERED that the deadline for mediation in this case be extended to March 31, 2010.

IT IS SO ORDERED.

Dated: November __13__, 2009

_____
United States District Judge

Firmwide:92867916.1 035682.1048

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION/ORDER EXTENDING ADR DEADLINE       3.       Case No. CV-09-1480-CW