RICHARD M. ROGERS, Bar No. 45843
RogersRMR@aol.com
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415.981.9788
Facsimile:   415.981.9798

Attorneys for Plaintiff
ELEANOR REED

PAULA CHAMPAGNE, Bar No. 76545
pchampagne@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.743.6548

Attorneys for Defendant
AVIS BUDGET GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELEANOR REED,<br><br>            Plaintiff,<br><br>      v.<br><br>AVIS BUDGET GROUP, INC. and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. CV-09-1480 CW<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING MEDIATION AND TRIAL DATE  AS MODIFIED |

On February 3, 2009, the Department of Fair Employment and Housing issued an accusation against Avis Budget Group, alleging claims regarding disability discrimination, accommodation, the interactive process, unlawful inquiry and the prevention of discrimination. The DFEH and Avis Budget Group litigated these claims before an administrative law judge of the Fair Employment and Housing Commission in May and June 2009. The parties submitted their briefs to the ALJ in August 2009.

On March 6, 2009, Plaintiff filed a lawsuit in San Francisco County Superior Court, alleging retaliation. Avis Budget Group removed the lawsuit to this Court on April 3, 2009.

On June 24, 2009, the parties filed a Stipulation and Proposed Order selecting mediation as their choice of ADR, and on June 25, 2009, this Court ordered that they complete mediation within 90 days of the order.

On August 4, 2009, at the case management conference, the parties asked the Court to extend the ADR deadline to November 30, 2009, as the Commission had not yet issued its decision. Sue J. Stott of Perkins Coie had been appointed as the parties' mediator, and Ms. Stott and the parties agreed it would be beneficial to first have the Commission's decision prior to engaging in any efforts at mediation. This Court extended the deadline.

On November 11, 2009, the parties again requested that the ADR deadline be extended to March 31, 2010 as the Commission had still not issued its decision, and this Court extended the deadline.

To date, the FEHC has not issued any decision.

The parties now request that this Court reschedule the mediation deadline, the deadline by which the parties are to file dispositive motions (which currently must be filed by May 6 or 13, 2010) and the trial date, which currently is set for January 18, 2011. The parties make this request because mediation will not be successful until the parties know the decision of the Commission with respect to Plaintiff's claims. The parties will not be able to file dispositive motions based upon collateral estoppel and/or *res judicata* absent a decision from the Commission. Finally, the parties request that the trial date be reset, as one or both parties will seek to file dispositive motions which should be heard and determined in advance of any efforts to begin preparing for trial.

The parties request that the Court approve the following dates for trial and other proceedings.

| | |
|---|---|
| Deadline to add additional parties or claims: | 08/04/09 |
| ADR Session to be held by: | 06/30/10 |
| (or as soon thereafter as is convenient to the mediator's schedule) | |

STIPULATION/ORDER RESCHEDULING MEDIATION/TRIAL DATES

2.

Case No. CV-09-1480-CW

| | |
|---|---|
| Date of next case management conference: | 06/17/10 |
| Completion of fact discovery: | 07/16/10 |
| Disclosure of identities and reports of expert witnesses: | 11/17/10 |
| Completion of expert discovery: | 01/18/11 |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | 10/21/10 |
| Final pretrial conference at 2:00 p.m. on: | 02/22/11 |
| A six day jury trial will begin at 8:30 a.m. on: | 03/14/11 |

Additional matters: If Plaintiff is filing a dispositive motion, opening brief will be due six weeks prior to 10/21/10; Defendant's opposition and any cross-motion (contained within a single brief) will be due two weeks later; Plaintiff's reply/opposition to cross-motion (contained within a single brief) will be due one week thereafter; Defendant's surreply will be due one week later. If Plaintiff does not file a dispositive motion, Defendant's dispositive motion will be due five weeks prior to 10/21/10. Counsel can include effect of FEHC decision in summary judgment brief or file as an early motion.

Dated: March 11, 2010

_____
RICHARD M. ROGERS
Attorneys for Plaintiff
ELEANOR REED

Dated: March 11, 2010

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AVIS BUDGET GROUP, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108 2693

STIPULATION/ORDER RESCHEDULING
MEDIATION/TRIAL DATES                    3.                    Case No. CV-09-1480-CW

# ORDER

For good cause shown and pursuant to the Stipulation of the parties that they wish to extend the deadline for mediation, dispositive motions and trial, IT IS HEREBY ORDERED that the Court will reschedule the Pretrial Conference to February 22, 2011 and the Trial date to March 14, 2011. The Court approves the other dates as stipulated to by the parties in the previous pages as follows:

| | |
|---|---|
| Deadline to add additional parties or claims: | 08/04/09 |
| ADR Session to be held by: | 06/30/10 |
| (or as soon thereafter as is convenient to the mediator's schedule) | |
| Date of next case management conference: | ~~06/17/10~~ 10/21/10 |
| Completion of fact discovery: | 07/16/10 |
| Disclosure of identities and reports of expert witnesses: | 11/17/10 |
| Completion of expert discovery: | 01/18/11 |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | 10/21/10 |
| Final pretrial conference at 2:00 p.m. on: | 02/22/11 |
| A six day jury trial will begin at 8:30 a.m. on: | 03/14/11 |

Additional matters: If Plaintiff is filing a dispositive motion, opening brief will be due six weeks prior to 10/21/10; Defendant's opposition and any cross-motion (contained within a single brief) will be due two weeks later; Plaintiff's reply/opposition to cross-motion (contained within a single brief) will be due one week thereafter; Defendant's surreply will be due one week later. If Plaintiff does not file a dispositive motion, Defendant's dispositive motion will be due five weeks prior to 10/21/10. Counsel can include effect of FEHC decision in summary judgment brief or file as an early motion.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION/ORDER RESCHEDULING MEDIATION/TRIAL DATES   4.   Case No. CV-09-1480-CW

1  IT IS SO ORDERED.

2

3  Dated: March  19th , 2010

4  _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

5

6

7  Firmwide:94370999.1 035682.1048

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION/ORDER RESCHEDULING
MEDIATION/TRIAL DATES                      5.                      Case No. CV-09-1480-CW