1  RICHARD M. ROGERS, Bar No. 45843
   RogersRMR@aol.com
2  LAW OFFICE OF RICHARD M. ROGERS
   100 Bush Street, #1980
3  San Francisco, CA  94104
   Telephone:    415.981.9788
4  Facsimile:     415.981.9798

5  Attorneys for Plaintiff
   ELEANOR REED
6

7  PAULA CHAMPAGNE, Bar No. 76545
   pchampagne@littler.com
8  ANGELA J. RAFOTH, Bar No. 241966
   arafoth@littler.com
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
11 Telephone:    415.433.1940
   Facsimile:     415.743.6548
12
   Attorneys for Defendant
13 AVIS BUDGET GROUP, INC.

14

15                           UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17                                   OAKLAND DIVISION

18  ELEANOR REED,                              Case No. CV-09-1480 CW

19               Plaintiff,                    **STIPULATION AND ORDER
                                               EXTENDING EXPERT DISCOVERY
20       v.                                    DEADLINE**

21  AVIS BUDGET GROUP, INC. and DOES
    1 through 10, inclusive,
22
                 Defendant.
23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATION/ORDER EXTENDING
EXPERT DISCOVERY DEADLINE**                                **Case No. CV-09-1480-CW**

On November 18, 2010, this Court heard oral argument on Defendant's motion for summary judgment. The Court took the matter under submission. The parties made expert witness disclosures on November 17, 2010. Trial is scheduled for March 14, 2011.

The parties hereby stipulate to postpone expert witness discovery until after the Court issues its decision. The parties further stipulate that the deadline for the parties to disclose rebuttal experts and reports will be 30 days after the date the Court issues its decision, and that the deadline for the completion of expert witness discovery shall be extended to a mutually agreeable date. The parties agree that should either party subsequently wish to take the depositions of experts already disclosed, or to disclose rebuttal experts before the Court issues its decision, they will meet and confer to agree upon mutually convenient dates.

Dated: November _____, 2010

_____
RICHARD M. ROGERS
Attorneys for Plaintiff
ELEANOR REED

Dated: November _____, 2010

_____
PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AVIS BUDGET GROUP, INC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIPULATION/ORDER EXTENDING EXPERT DISCOVERY DEADLINE**   2.   **Case No. CV-09-1480-CW**

**ORDER**

For good cause shown and pursuant to the Stipulation of the parties that they wish to extend the deadline for expert discovery, IT IS HEREBY ORDERED that the deadline for the parties to disclose rebuttal experts be extended to the 30th day following the date of this Court's order on Defendant's motion for summary judgment, and that the parties may mutually agree to extend the date on which expert discovery is to be completed.

IT IS SO ORDERED.

Dated: NOVEMBER 29 , 2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Firmwide:98796734.1 035682.1048

STIPULATION/ORDER EXTENDING
EXPERT DISCOVERY DEADLINE                 3.                        Case No. CV-09-1480-CW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940